**P. K. SCHRIEFFER LLP**
VITERBO L. VALERA, ESQ.
Nevada Bar No. 9458
100 North Barranca Street, Suite 1100
West Covina, California 91791
Telephone:    (626) 373-2444
Facsimile:    (626) 974-8403

Attorneys for Third-Party Defendants,
SHEPHERD & SONS POULTRY FARM, INC.;
and SHEPHERD'S PROCESSED EGGS, INC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HARRY WISEMAN, | CASE NO.: 3:19-cv-00153-RCJ-CBC |
| Plaintiff(s) | **STIPULATION AND ORDER TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO THIRD-PARTY COMPLAINT** |
| vs. | |
| JACOBS ENTERTAINMENT, INC., a Delaware Corporation; ROCKY MOUNTAIN EGGS, INC., a California Corporation; SYSCO USA I, INC., a Delaware Corporation; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive, | |
| | ACTION FILED:  March 7, 2019 |
| Defendants. | TRIAL DATE:    Not set |
| ROCKY MOUNTAIN EGGS, INC., | |
| Third-Party Plaintiff | |
| Vs. | |
| SHEPHERD & SONS POULTRY FARM, INC.; SHEPHERD'S PROCESSED EGGS, INC., | |
| Third-Party Defendants | |

WHEREAS, Plaintiff Harry Wiseman filed his complaint herein against, *inter alios*, Rocky Mountain Eggs, Inc. ("Rocky Mountain" or "Third-Party Plaintiff") on or about March

1

**STIPULATION AND ORDER TO ALLOW THIRD-PARTY DEFENDANTS TO RESPOND TO THIRD-PARTY COMPLAINT**

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403
www.pksllp.com

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403
www.pksllp.com

19, 2019; a First Amended Complaint on or about August 14, 2019; and a Second Amended Complaint on or about September 16, 2019;

**WHEREAS,** Rocky Mountain filed its Third-Party Complaint against Shepherd & Sons Poultry Farm, Inc., and Shepherd's Processed Eggs, Inc. (collectively "Shepherds" or "Third-Party Defendants") on or about November 26, 2019;

**WHEREAS,** Rocky Mountain served its Third-Party Complaint upon Shepherds on or about December 7, 2019;

**WHEREAS,** Shepherds' time to respond to the Third-Party Complaint is originally not required until December 28, 2019 (21 days);

**WHEREAS,** Shepherds requires additional time to prepare its responsive pleading to the Cross-Complaint, including time for Shepherds' counsel to associate local counsel in Nevada and/or open a local office in Nevada; and counsel for Rocky Mountain and Shepherds have amicably met and conferred on the issue and agreed that Shepherds may have an additional two (2) weeks to respond to the Third-Party Complaint;

**NOW, THEREFORE,** the above parties respectfully seek leave of this Court to extend the time for Shepherds to file and serve their responsive pleading to the Third-Party Complaint for two weeks on or before January 13, 2020.

DATED:  December 27, 2019         **THORNDAL ARMSTRONG DELK**
                                  **BALKENBUSH & EISINGER**

                                  By: _____/s/ Justin Pfrehm_____
                                      JUSTIN PFREHM, ESQ.
                                      Nevada Bar No. 7484
                                      Attorneys for Defendant and Third-Party Plaintiff,
                                      ROCKY MOUNTAIN EGGS, INC.

DATED:  December 27, 2019         **P.K. SCHRIEFFER LLP**

                                  By: _____/s/ Viterbo Valera_____
                                      VITERBO L. VALERA, ESQ.
                                      Nevada Bar No. 9458
                                      Attorneys for Third-Party Defendants,

STIPULATION AND ORDER TO ALLOW THIRD-PARTY DEFENDANTS TO
RESPOND TO THIRD-PARTY COMPLAINT

SHEPHERD & SONS POULTRY FARM, INC.,
and SHEPHERD'S PROCESSED EGGS, INC.

## ORDER

Having considered the stipulation for leave of court to extend the time for Shepherds to respond to the Third-Party Complaint to January 13, 2020, and good cause appearing therefore, the Court **GRANTS** the relief requested.  The time for Shepherds to file and serve a responsive pleading to the Third-Party Complaint filed herein is extended to January 13, 2020.

Dated: 12/30/2019

United States Magistrate Judge

PK SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone:  (626) 373-2444
Facsimile:  (626) 974-8403
www.pksllp.com

**STIPULATION AND ORDER TO ALLOW THIRD-PARTY DEFENDANTS TO
RESPOND TO THIRD-PARTY COMPLAINT**