M. CALEB MEYER, ESQ.
Nevada Bar No. 13379
CHRISTINA MUNDY-MAMER, ESQ.
Nevada Bar No. 13181
**MESSNER REEVES LLP**
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: cmeyer@messner.com
    cmamer@messner.com

*Attorneys for Defendant*
*Sysco USA I, Inc.*

```
         FILED          RECEIVED
         ENTERED        SERVED ON
              COUNSEL/PARTIES OF RECORD

              JAN - 6 2020

         CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
     BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| HARRY WISEMAN<br><br>Plaintiff,<br><br>vs.<br><br>JACOBS ENTERTAINMENT, INC., a Delaware Corporation; ROCKY MOUNTAIN EGGS, INC., a California Corporation; SYSCO USA I, INC., a Delaware Corporation; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>Defendant. | Case No. 3:19-cv-00153-RCJ-CBC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SYSCO USA I, INC. TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S THIRD AMENDED COMPLAINT**<br>**(SECOND REQUEST)** |

///

///

///

///

///

///

///

///

# STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SYSCO USA I, INC. TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S THIRD AMENDED COMPLAINT (SECOND REQUEST)

It is hereby STIPULATED and AGREED to by Plaintiff, HARRY WISEMAN and Defendant SYSCO USA I, INC., by and through their respective counsel of record that SYSCO USA I, INC. has an extension to file its responsive pleading to Plaintiff's Third Amended Complaint up to and including January 14, 2020.

DATED this 3rd day of January, 2020.

| MURPHY & MURPHY | MESSNER REEVES LLP |
|---|---|
| /s/ Craig M. Murphy, Esq. | /s/ CHRISTINA MUNDY-MAMER, ESQ |
| CRAIG M. MURPHY, ESQ. | M. CALEB MEYER, ESQ. |
| NEVADA BAR NO. 4014 | Nevada Bar No. 13379 |
| 8414 W. Farm Road, Suite 180 | CHRISTINA MUNDY-MAMER, ESQ. |
| Box 207 | Nevada Bar No. 13181 |
| Las Vegas, Nevada 89131 | **MESSNER REEVES LLP** |
| *Attorneys for Plaintiff* | 8945 W. Russell Road, Suite 300 |
| | Las Vegas, Nevada 89148 |
| | *Attorneys for Defendant Sysco USA I, Inc.* |

IT IS SO ORDERED

[signature]

U.S. MAGISTRATE JUDGE

1/6/2020
DATE