M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Christina Mundy-Mamer, Esq.
Nevada Bar No. 13181
**Messner Reeves LLP**
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile:  (702) 363-5101
E-mail: cmeyer@messner.com
         cmamer@messner.com

*Attorneys for Defendant*
*Sysco USA I, Inc. and Sysco Corporation*

```
  ✓  FILED              ____ RECEIVED
 ____ ENTERED           ____ SERVED ON
            COUNSEL/PARTIES OF RECORD

          FEB - 5 2020

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
 BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| HARRY WISEMAN<br><br>        Plaintiff,<br><br>vs.<br><br>JACOBS ENTERTAINMENT, INC., a Delaware Corporation; ROCKY MOUNTAIN EGGS, INC., a California Corporation; SYSCO USA I, INC., a Delaware Corporation; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>        Defendant. | Case No. 3:19-cv-00153-RCJ-CBC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS SYSCO USA I, INC., SYSCO CORPORATION, SHEPHERD & SONS POULTRY FARMS, INC. AND SHEPHERD'S PROCESSED EGGS, INC. TO FILE THEIR RESPONSIVE PLEADINGS**<br><br>**(FIRST REQUEST)** |
| ROCKY MOUNTAIN EGGS, INC.,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>SHEPHERD & SONS POULTRY FARM, INC.; SHEPHERD'S PROCESSED EGGS, INC.,<br><br>        Third-Party Defendants. | |

1  SHEPHERD & SONS POULTRY FARM,
   INC. and SHEPHERD'S PROCESSED
2  EGGS, INC.,

                        Third-Party Plaintiffs,
3  vs.

4  SYSCO CORPORATION, SYSCO USA I,
   INC. and JACOBS ENTERTAINMENT,
5  INC.; MOES 1 through 10, inclusive; and
   ZOE ENTITIES 1 through 10, inclusive,

6                      Third-Party Defendants.

7  SYSCO USA I, INC.

                        Cross-Claimant,
8  vs.

9  ROCKY    MOUNTAIN    EGGS,    INC.,
   SHEPHERD & SONS POULTRY FARM, INC.
10 AND  SHEPHERD'S  PROCESSED  EGGS,
   INC.
11
                        Cross-Defendant.

12

13  **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS SYSCO USA I,
    INC., SYSCO CORPORATION, SHEPHERD & SONS POULTRY FARMS, INC. AND
    SHEPHERD'S PROCESSED EGGS, INC. TO FILE THEIR RESPONSIVE PLEADINGS**

14
                              **(FIRST REQUEST)**

15       It is hereby STIPULATED and AGREED to by Defendants SYSCO USA I, INC., SYSCO

16  CORPORATION, SHEPHERD & SONS POULTRY FARMS, INC., and SHEPHERD'S

17  PROCESSED EGGS, INC., by and through their respective counsel of record, as follows:

18       •   SYSCO USA I, INC., and SYSCO CORPORATION shall have up to and including

19           March 6, 2020 to file their responsive pleading to the Third-Party Complaint filed by

            SHEPHERD & SONS POULTRY FARMS, INC. and SHEPHERD'S PROCESSED
20
            EGGS, INC on January 13, 2020 (ECF 31); and

21  . . .

22  . . .

23  . . .

24  . . .

25

1

...

2

• SHEPHERD & SONS POULTRY FARMS, INC. and SHEPHERD'S PROCESSED

3      EGGS, INC. shall have up to and including March 6, 2020 to file their responsive

4      pleading to the Cross-Claims filed by SYSCO USA I, INC. on January 14, 2020 (ECF

5      36),

6    DATED this __4__ day of February 2020.          DATED this 4th __ day of February 2020.

7    **DENNETT WINSPEAR, LLP**                        **MESSNER REEVES LLP**

8                                                     /s/ Christina Mundy-Mamer, Esq.

9    ─────────────────────────                         M. Caleb Meyer, Esq.
     RYAN DENNETT, ESQ.                                Nevada Bar No. 13379
10   Nevada Bar No. 5617                               Christina Mundy-Mamer, Esq.
     3301 N. Buffalo Drive, Suite 195                  Nevada Bar No. 13181
11   Las Vegas, Nevada 89129                           **Messner Reeves LLP**
     *Attorneys for Defendant*                         8945 W. Russell Road, Suite 300
12   *Shepherd & Sons Poultry Farm, Inc.*              Las Vegas, Nevada 89148
     *and Shepherd's Processed Eggs, Inc.*             *Attorneys for Defendant*
                                                       *Sysco USA I, Inc. and Sysco Corporation*

13

14

15                                                   **IT IS SO ORDERED**

16

17                                                   **U.S. MAGISTRATE JUDGE**

18                                                   2/5/2020
                                                     DATE

19

20

21

22

23

24

25