**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| HARRY WISEMAN<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JACOBS ENTERTAINMENT, INC., a Delaware Corporation; ROCKY MOUNTAIN EGGS, INC., a California Corporation; SYSCO USA I, INC., a Delaware Corporation; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 3:19-cv-00153-RCJ-CBC<br><br>**ORDER OF DISMISSAL OF ROCKY MOUNTAIN EGGS, INC.'S THIRD-PARTY COMPLAINT AGAINST SHEPHERD'S PROCESSED EGGS, INC. PURSUANT TO F.R.C.P 41(a)(1)(A)(ii) AND 41(c)** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c), Third-Party Plaintiff, ROCKY MOUNTAIN EGGS, INC. ("Rocky Mountain"), and Defendants, SHEPHERD & SONS POULTRY FARM, INC. ("Shepherd & Sons") and SHEPHERD'S PROCESSED EGGS, INC. ("Shepherd's Processed Eggs"), hereby jointly stipulate to the voluntary dismissal, without prejudice, of Rocky Mountain's Third Party Complaint, dated November 21, 2019, against Shepherd's Processed Eggs, only. Rocky Mountain's Third-Party claims against Shepherd & Sons remain pending before this Court.

IT IS SO ORDERED this 5th day of March, 2020.

_____
ROBERT C. JONES
United States District Judge

{1}