Rachel L. Wise, Esq.
Nevada Bar No. 012303
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Rachel.Wise@wilsonelser.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HARRY WISEMAN,<br><br>              Plaintiff,<br><br>vs.<br><br>JACOBS ENTERTAINMENT INC., a Delaware Corporation; ROCKY MOUNTAIN EGGS, INC., a California Corporation; SYSCO USA 1, INC., a Delaware Corporation; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>              Defendants. | Case No.  3:19-cv-00153-RCJ-CBC<br><br><br><br>**SUBSTITUTION OF ATTORNEYS** |
| ROCKY MOUNTAIN EGGS, INC.,<br><br>              Third-Party Plaintiffs,<br><br>vs.<br><br>SHEPHERD & SONS POUNTRY FARM, INC.; SHEPHERDS'S PROCESSED EGGS, INC.,<br><br>              Third-Party Defendants. | |
| SHEPHERD & SONS POULTRY FARM, INC.; SHEPHERDS'S PROCESSED EGGS, INC., | |

1643551v.1

1   |   Third-Party Plaintiffs,
vs.

2   SYSCO CORPORATION, SYSCO USA 1,
INC. and JACOBS ENTERTAINMENT, INC.;
3   MOES 1 through 10, inclusive; and ZOE
ENTITIES 1 through 10, inclusive,
4

5   Third-Party Defendants.

6   ## SUBSTITUTION OF ATTORNEYS

7   The undersigned Third-Party Defendant Fassio Egg Farms, Inc. hereby substitutes Wilson,

8   Elser, Moskowitz, Edelman & Dicker LLP, in place and instead of Lemons, Grundy & Eisenberg

9   as counsel of record for Third-Party Defendant Fassio Egg Farms, Inc. in the above-entitled action.

10   DATED this _11_ day of September, 2020.

11

12

13   Fassio Egg Farms, Inc.

14   I hereby agree and consent to the above and foregoing substitution with respect to the above-

15   entitled action.

16   DATED this _____ day of September, 2020.

17   LEMONS, GRUNDY & EISENBERG

18

19   By: _____
Christian L. Moore, Esq.
20   Nevada Bar No. 003777
6005 Plumas Street, Third Floor
21   Reno, Nevada 89519
Telephone: (775) 786-6868
22   Facsimile: (775) 786-9716
Email: clm@lge.net

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

-2-

1643551v.1

|   | Third-Party Plaintiffs, |
|---|---|
| 1 | vs. |
| 2 | SYSCO CORPORATION, SYSCO USA 1, |
| 3 | INC. and JACOBS ENTERTAINMENT, INC.; MOES 1 through 10, inclusive; and ZOE |
| 4 | ENTITIES 1 through 10, inclusive, |
| 5 | Third-Party Defendants. |

## SUBSTITUTION OF ATTORNEYS

The undersigned Third-Party Defendant Fassio Egg Farms, Inc. hereby substitutes Wilson,

Elser, Moskowitz, Edelman & Dicker LLP, in place and instead of Lemons, Grundy & Eisenberg

as counsel of record for Third-Party Defendant Fassio Egg Farms, Inc. in the above-entitled action.

DATED this _____ day of September, 2020.

_____
Fassio Egg Farms, Inc.

I hereby agree and consent to the above and foregoing substitution with respect to the above-

entitled action.

DATED this _____ day of September, 2020.

LEMONS, GRUNDY & EISENBERG

By: _____
Christian L. Moore, Esq.
Nevada Bar No. 003777
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Telephone: (775) 786-6868
Facsimile: (775) 786-9716
Email: clm@lge.net

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

1643551v.1

1       I hereby accept the above and foregoing substitution as attorney of record for Defendant

2   Fassio Egg Farms, Inc., with respect to the above-entitled action.

3       DATED this _11th_ day of September, 2020.

4                                  WILSON, ELSER, MOSKOWITZ, EDELMAN
                                    & DICKER LLP

5

6   IT IS SO ORDERED.                   By: _____

7   Dated:  September 14, 2020.               Rachel L. Wise, Esq.
                                    Nevada Bar No. 012303

8                                  6689 Las Vegas Blvd. South, Suite 200
                                  Las Vegas, Nevada 89119

9                                  Telephone: 702.727.1400
                                  Facsimile: 702.727.1401

10  _____   Email: Rachel.Wise@wilsonelser.com
   UNITED STATES MAGISTRATE JUDGE   *Attorneys for Third-Party Defendant*

11                                  *Fassio Egg Farms, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1643551v.1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this ___11th___ day of September, 2020, I served a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEYS** as follows:

☐   by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒   via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

☐   via hand-delivery to the addressees listed below;

☐   via facsimile;

☐   by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

Craig M. Murphy, Esq.
MURPHY & MURPHY LAW OFFICES
8414 W. Farm Road, Suite 180, Box 207
Las Vegas, NV 89131
Telephone: 702-369-9696
Facsimile: 702-369-9630
craig@mvpilaw.com

and

William D. Marler, Esq. *(Pro Hac Vice Pending)*
MARLER CLARK, LLP
1012 First Ave., 5thFloor
Seattle, WA 98104-1008
Tel.: 206-346-1888
Fax: 286-346-1898
bmarler@marlerclark.com
*Attorneys for Plaintiff*
*Harry Wiseman*

Justin H. Pfrehm, Esq.
THORNDAL ARMSTRONG DELK BALKENBUSH
& EISINGER
6590 S. McCarran, Suite B
Reno, NV 89509
Telephone: 775-786-2882
Facsimile: 775-786-8004
jhp@thorndal.com
*Attorneys for Defendant*
*Rocky Mountain Eggs, Inc.*

Viterbo L. Valera, Esq.
P. K. SCHRIEFFER LLP
100 North Barranca Street, Suite 1100
West Covina, California 91791
Telephone: 626-373-2444
Facsimile: 626-974-8403
blv@pksllp.com

and

Ryan Dennett, Esq., NSB #5617
Dennett Winspear, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, NV 89129
Telephone.: 702-839-1100
Facsimile: 702-839-1113
rdennett@dennettwinspear.com
*Attorneys for Third-Party Defendants*
*Shepherd & Sons Poultry Farm, Inc., and*
*Shepherd's Processed Eggs, Inc.*

Gary Becker, Esq.
DINSMORE & STOHL ATTORNEYS
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: 513-977-8200
Facsimile: 513-977-8141
gary.becker@dinsmore.com
*Attorneys for SYSCO*

-4-

1643551v.1

1  Christina Mundy-Mamer, Esq.          Timothy Hunter, Esq.
   M. Caleb Meyer, Esq.                 RAY LEGO & ASSOCIATES
2  MESSNER REEVES LLP                   7450 Arroyo Crossing Pkwy., Suite 250
   8945 W. Russell Road, Suite 300      Las Vegas, NV 89113
3  Las Vegas, NV 89148                  Telephone: 702-279-4350
   Telephone: 702-363-5100              Facsimile: 702-270-4602
4  Facsimile: 702-353-5101              thunter@travelers.com
   cmarmer@messner.com                  *Attorneys for Defendant*
5  cmeyer@messner.com                   *Jacobs Entertainment, Inc. and Gold Dust Elko*
   *Attorneys for Defendant*
6  *Sysco USA 1, Inc.*

7                               BY:   /s/ Nicole Hrustyk
                                     _____
8                                    An Employee of
                                     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1643551v.1