1
2
3
4
5

6              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
7

8                                          )        Case #3:19-cv-00153-RCJ-CBC
                                           )
9    HARRY WISEMAN,                        )
                                           )
10             Plaintiff(s),               )        **VERIFIED PETITION FOR**
                                           )        **PERMISSION TO PRACTICE**
                                           )        **IN THIS CASE ONLY BY**
11        vs.                              )        **ATTORNEY NOT ADMITTED**
                                           )        **TO THE BAR OF THIS COURT**
12   JACOBS ENTERTAINMENT, INC., a         )        **AND DESIGNATION OF**
     Delaware Corporation, et al.,         )        **LOCAL COUNSEL**
13                                         )
               Defendant(s).               )
14   _____ )        FILING FEE IS $250.00

15

16   _____Jessica C. Collier_____, Petitioner, respectfully represents to the Court:
               (name of petitioner)
17

18        1.      That Petitioner is an attorney at law and a member of the law firm of
     _____Wilson, Elser, Moskowitz, Edelman & Dicker, LLP_____
19                              (firm name)

20   with offices at _____1225 17th Street, Suite 2750_____,
                                    (street address)
21
     _____Denver_____, _____Colorado_____, ___80202___,
22            (city)                  (state)            (zip code)

23   ____(303) 572-5300____, __Jessica.Collier@wilsonelser.com__.
     (area code + telephone number)        (Email address)
24

25        2.      That Petitioner has been retained personally or as a member of the law firm by
26   _____Fassio Egg Farms, Inc._____ to provide legal representation in connection with
                [client(s)]

27   the above-entitled case now pending before this Court.

28
                                                              Rev. 5/16

3.     That since _____10/22/2007_____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of _____Colorado_____
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Colorado State Court | 10/22/2007 | 38981 |
| Texas State Court | | 24099240 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

```
None
```

7.      That Petitioner is a member of good standing in the following Bar Associations.

```
Colorado State Bar Association
Texas State Bar Association
```

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | None | None | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Colorado_____ )
                                )
COUNTY OF _____Denver_____ )

_____Jessica C. Collier_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_5th_ day of _October_, _2020_.

_____
Notary Public or Clerk of Court

LAURA DEVICO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20084009514
MY COMMISSION EXPIRES MAY 11, 2024

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Rachel L. Wise_____,
                                                                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 6689 Las Vegas Blvd. South, Suite 200_,
                                         (street address)

_____Las Vegas_____, _____Nevada_____, _____89119_____,
        (city)                    (state)               (zip code)

_____(702) 727-1400_____, _Rachel.Wise@wilsonelser.com_.
(area code + telephone number)        (Email address)

4

Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5                    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) _____ Rachel L. Wise _____ as
                                                        (name of local counsel)
8   his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
    (party's signature)

11
    Fassio Egg Farms, Inc.
12  _____
    (type or print party name, title)

13  _____
    (party's signature)
14

15  _____
    (type or print party name, title)
16

17                              **CONSENT OF DESIGNEE**
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19

20  _____
    Designated Resident Nevada Counsel's signature

21  12303                          Rachel.Wise@wilsonelser.com
    _____
    Bar number                     Email address
22

23
    APPROVED:
24
    Dated: this 21st day of ___October, 2020.
25

26  _____
    UNITED STATES DISTRICT JUDGE
27

28                                    5                              Rev. 5/16

Exhibit A



# SUPREME COURT
## State of Colorado.

STATE OF COLORADO, ss:

I, _Cheryl Stevens_ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

_Jessica Clark Collier_

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the _____ 22nd day of _October_ A. D. _2007_ and that at the date hereof the said _Jessica Clark Collier_

is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this 23rd day of _September_ A. D. _2020_

_Cheryl Stevens_
Clerk

By _____
Deputy Clerk

# Exhibit B

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 24, 2020

Re: Jessica Clark Collier, State Bar Number 24099240

To Whom It May Concern:

This is to certify that Jessica Clark Collier was licensed to practice law in Texas on February 04, 2016, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167