Rachel L. Wise, Esq.
Nevada Bar No. 012303
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Rachel.Wise@wilsonelser.com

Jessica C. Collier, Esq.
Colorado Bar No. 038981
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: 303.572.5300
Facsimile: 303.572.5301
Email: Jessica.Collier@wilsonelser.com
*Attorneys for Third-Party Defendant*
*Fassio Egg Farms, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HARRY WISEMAN, | Case No.: 3:19-cv-00153-RCJ-CBC |
| Plaintiff, | **FASSIO EGG FARMS, INC.'s NON-OPPOSITION TO JACOBS ENTERTAINMENT, INC.'S MOTION FOR LEAVE TO FILE CROSSCLAIM** |
| vs. | |
| JACOBS ENTERTAINMENT INC., a Delaware Corporation; ROCKY MOUNTAIN EGGS, INC., a California Corporation; SYSCO USA 1, INC., a Delaware Corporation; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive, | |
| Defendants. | |
| ROCKY MOUNTAIN EGGS, INC., | |
| Third-Party Plaintiffs, | |
| vs. | |
| SHEPHERD & SONS POUNTRY FARM, INC.; SHEPHERDS'S PROCESSED EGGS, INC., | |
| Third-Party Defendants. | |
| SHEPHERD & SONS POULTRY FARM, INC.; SHEPHERDS'S PROCESSED EGGS, INC., | |
| Third-Party Plaintiffs, | |

1662370v.1

vs.

SYSCO CORPORATION, SYSCO USA I, INC. and JACOBS ENTERTAINMENT, INC.; MOES 1 through 10, inclusive; and ZOE ENTITIES 1 through 10, inclusive,

                Third-Party Defendants.

Third-Party Defendant Fassio Egg Farms, Inc., ("Fassio") by and through its counsel of record, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby submits this Fassio Egg Farms, Inc.'s Non-Opposition to Jacobs Entertainment, Inc.'s ("Jacobs") Motion For Leave to File Crossclaim ("Notice") [ECF No. 89]. Fassio recognizes the fast-approaching discovery and expert deadlines that may be affected by such an amendment and the possible need to vacate and re-set discovery deadlines, including the expert disclosures and close of discovery. By filing this Notice, Fassio does not concede the accuracy of the allegations alleged in Jacobs' Motion or Jacobs' Proposed cross-claims. Additionally, Fassio does not concede or waive any argument concerning liability or damages.

DATED this 22nd day of October, 2020.

                                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                              */s/ Rachel L. Wise*
                                              Rachel L. Wise, Esq.
                                              Nevada Bar No. 012303
                                              6689 Las Vegas Blvd. South, Suite 200
                                              Las Vegas, Nevada 89119
                                              *Attorneys for Third-Party Defendant*
                                              *Fassio Egg Farms, Inc.*

1662370v.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 22nd day of October, 2020, I served a true and correct copy of the foregoing FASSIO EGG FARMS, INC.'s NON-OPPOSITION TO JACOBS ENTERTAINMENT, INC.'S MOTION FOR LEAVE TO FILE CROSSCLAIM as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

☐ via hand-delivery to the addressees listed below;

☐ via facsimile;

☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

| | |
|---|---|
| Craig M. Murphy, Esq.<br>MURPHY & MURPHY LAW OFFICES<br>8414 W. Farm Road, Suite 180, Box 207<br>Las Vegas, NV 89131<br>Telephone: 702-369-9696<br>Facsimile: 702-369-9630<br>craig@mvpilaw.com<br><br>and<br><br>William D. Marler, Esq. *(Pro Hac Vice Pending)*<br>MARLER CLARK, LLP<br>1012 First Ave., 5thFloor<br>Seattle, WA 98104-1008<br>Tel.: 206-346-1888<br>Fax: 286-346-1898<br>bmarler@marlerclark.com<br>*Attorneys for Plaintiff*<br>*Harry Wiseman* | Tami K. Lee, Esq.<br>P. K. SCHRIEFFER LLP<br>100 North Barranca Street, Suite 1100<br>West Covina, California 91791<br>Telephone: 626-373-2444<br>Facsimile: 626-974-8403<br><br>and<br><br>Ryan Dennett, Esq., NSB #5617<br>Dennett Winspear, LLP<br>3301 North Buffalo Drive, Suite 195<br>Las Vegas, NV 89129<br>Telephone.: 702-839-1100<br>Facsimile: 702-839-1113<br>rdennett@dennettwinspear.com<br>*Attorneys for Third-Party Defendants*<br>*Shepherd & Sons Poultry Farm, Inc., and*<br>*Shepherd's Processed Eggs, Inc.* |
| Justin H. Pfrehm, Esq.<br>THORNDAL ARMSTRONG DELK BALKENBUSH<br>& EISINGER<br>6590 S. McCarran, Suite B<br>Reno, NV 89509<br>Telephone: 775-786-2882<br>Facsimile: 775-786-8004<br>jhp@thorndal.com<br>*Attorneys for Defendant*<br>*Rocky Mountain Eggs, Inc.* | Timothy Hunter, Esq.<br>RAY LEGO & ASSOCIATES<br>7450 Arroyo Crossing Pkwy., Suite 250<br>Las Vegas, NV 89113<br>Telephone: 702-279-4350<br>Facsimile: 702-270-4602<br>thunter@travelers.com<br>*Attorneys for Defendant*<br>*Jacobs Entertainment, Inc. and Gold Dust Elko* |

-3-

1662370v.1

Christina Mundy-Mamer, Esq.
M. Caleb Meyer, Esq.
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: 702-363-5100
Facsimile: 702-353-5101
cmarmer@messner.com
cmeyer@messner.com

and

Gary Becker, Esq.
DINSMORE & STOHL ATTORNEYS
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: 513-977-8200
Facsimile: 513-977-8141
gary.becker@dinsmore.com
*Attorneys for Defendant
Sysco USA 1, Inc.*

BY:  */s/ Nicole Hrustyk*
     An Employee of
     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

-4-

1662370v.1