LORA A. SCHNEIDER, ESQ.
Nevada Bar No. 10448
**P. K. SCHRIEFFER LLP**
100 North Barranca Street, Suite 1100
West Covina, California 91791
Telephone:    (626) 373-2444
Facsimile:    (626) 974-8403
las@pksllp.com

<u>Local Designated Counsel Per SCR 42.1</u>:
RYAN DENNETT, ESQ.
Nevada Bar No. 5617
**DENNETT WINSPEAR, LLP**
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:    (702) 839-1100
Facsimile:    (702) 839-1113
rdennett@dennettwinspear.com

Attorneys for Third-Party Defendants,
SHEPHERD & SONS POULTRY FARM, INC.
and SHEPHERD'S PROCESSED EGGS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARRY WISEMAN, | CASE NO.: 3:19-cv-00153-RCJ-CBC |
| Plaintiff(s) | |
| vs. | **SUBSTITUTION RELEASING VITERBO L. VALERA, ESQ. AND ADDING LORA A. SCHNEIDER, ESQ.** |
| JACOBS ENTERTAINMENT, INC., a Delaware Corporation; ROCKY MOUNTAIN EGGS, INC., a California Corporation; SYSCO USA I, INC., a Delaware Corporation; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive, | |
| Defendants. | |
| ROCKY MOUNTAIN EGGS, INC., | ACTION FILED:   March 7, 2019<br>TRIAL DATE:     Not set |
| Third-Party Plaintiff | |
| vs. | |
| SHEPHERD & SONS POULTRY FARM, INC.; SHEPHERD'S PROCESSED EGGS, INC., | |
| Third-Party Defendants. | |

1
**SUBSTITUTION RELEASING VITERBO L. VALERA, ESQ.
AND ADDING LORA A. SCHNEIDER, ESQ.**

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403
www.pksllp.com

|   |   |
|---|---|
| SHEPHERD & SONS POULTRY FARM, INC. and SHEPHERD'S PROCESSED EGGS, INC., | ) ) ) ) |
| Third-Party Plaintiffs | ) ) |
| vs. | ) ) |
| SYSCO CORPORATION, SYSCO USA I, INC. and JACOBS ENTERTAINMENT, INC.; MOES 1 through 10, inclusive; and ZOE ENTITIES 1 through 10, inclusive, | ) ) ) ) ) |
| Third-Party Defendants. | ) |

Defendant SHEPHERD & SONS POULTRY FARM, INC.[1], pursuant to this Honorable Court's order and Minutes of Proceedings filed on October 28, 2020, hereby files this substitution releasing former counsel Viterbo L. Valera, Esq. and adding Lora A. Schneider, Esq. as counsel for Defendant. Lora A. Schneider, Esq. is substituted counsel in the place and stead of Tami Kay Lee, Esq.

DATED: November 5, 2020

**P.K. SCHRIEFFER LLP**

By: _/s/Lora A. Schneider_
  LORA A. SCHNEIDER, ESQ.
  Nevada Bar No. 10448
Attorneys for Third-Party Defendants
and Third-Party Plaintiffs,
SHEPHERD & SONS POULTRY FARM, INC.

DATED: November 5, 2020

**DENNETT WINSPEAR, LLP**

By: ___/s/ Ryan L. Dennett___
  N L. DENNETT_, ESQ.
  Nevada Bar No. 5617
  3301 North Buffalo Drive, Suite 195
  Las Vegas, Nevada 89129
Attorneys for Third-Party Defendants
and Third-Party Plaintiffs,
SHEPHERD & SONS POULTRY FARM, INC.

IT IS SO ORDERED.

Dated: November 10, 2020

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Order of the Court dated March 5, 2020; Shepherd's Processed Eggs, Inc. has been dismissed from this action.

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403
www.pksllp.com

# CERTIFICATE OF SERVICE

*APO.190 Wiseman vs. Jacobs Entertainment, Inc.et al, Case No.:* 3:19-cv-00153-RCJ-CBC

Pursuant to FRCP 5(b), I certify that I am an employee of the law firm of **P.K. SCHRIEFFER, LLP**, and on this date, I caused the foregoing **SUBSTITUTION RELEASING VITERBO L. VALERA, ESQ. AND ADDING LORA A. SCHNEIDER, ESQ.** to be served via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk:

Craig M. Murphy, Esq.
Murphy & Murphy Law Offices
8414 W. Farm Road, Suite 180, Box 207
Las Vegas, NV 89131
Tel: (702) 369-9696 / Fax: (702) 369-9630
E-mail: craig@mvpilaw.com

and

William D. Marler, Esq. *(Pro Hac Vice Pending)*
Marler Clark, LLP
1012 First Avenue, 5th Floor
Seattle, WA 98104-1008
Tel: (206) 346-1888 / Fax: (206)-346-1898
E-mail: bmarler@marlerclark.com
*Attorneys for Plaintiff*

Timothy Hunter, Esq.
Ray Lego & Associates
7450 Arroyo Crossing Pkwy, Suite 250
Las Vegas, NV 89113
Tel: (702) 479-4350
E-mail: thunter@travelers.com
*Attorney for Defendants*
*Jacobs Entertainment, Inc. and Gold Dust Elko*

Justin H. Pfrehm, Esq.
Nevada Bar No. 7484
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran, Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
E-mail: jhp@thorndal.com
*Attorneys for Defendant*
*ROCKY MOUNTAIN EGGS, INC.*

Gary Becker, Esq.
Dinsmore & Stohl Attorneys
255 E. Fifth Street, Suite 1900
Cincinnati OH  45202
Tel: (513) 977-8200
E-mail: gary.becker@dinsmore.com
*Attorney for SYSCO*


Christina Mundy-Mamer, Esq.
M. Caleb Meyer, Esq.
Messner Reeves LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV  89148
Tel: (702) 363-5100
E-mail: cmarmer@messner.com
*Attorneys for Defendant Sysco USA 1, Inc.*


Rachel L. Wise, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
6689 Las Vegas Blvd., Suite 200
Las Vegas, Nevada 89119
Tel: (702) 727-1400
E-mail: Rachel.Wise@wilsonelser.com
*Attorneys for Third-Party Defendant*
*Fassio Egg Farms, Inc.*


Ryan Dennett, Esq.
Dennett Winspear, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100 / Facsimile: (702) 839-1113
Email: rdennett@dennettwinspear.com
*Co-Counsel for Third-Party Defendants,*
SHEPHERD & SONS POULTRY FARM, INC.;

**DATED November 10, 2020.**

                                        */s/ Valerie M. Rodriguez*
                                     An employee of P.K. Schrieffer, LLP

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California  91791
Telephone:  (626) 373-2444
Facsimile:  (626) 974-8403
www.pksllp.com