Rachel L. Wise, Esq.
Nevada Bar No. 12303
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Rachel.Wise@wilsonelser.com

Jessica C. Collier, Esq. (*Admitted Pro Hac Vice*)
Colorado Bar No. 038981
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: 303.572.5300
Facsimile: 303.572.5301
Email: Jessica.Collier@wilsonelser.com
*Attorneys for Third-Party Defendant
Fassio Egg Farms, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HARRY WISEMAN, | Case No. 3:19-cv-00153-RCJ-CBC |
| Plaintiff, | |
| vs. | |
| JACOBS ENTERTAINMENT INC., a Delaware Corporation; ROCKY MOUNTAIN EGGS, INC., a California Corporation; SYSCO USA 1, INC., a Delaware Corporation; DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive, | **MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND ORDER** |
| Defendants. | |
| ROCKY MOUNTAIN EGGS, INC., | |
| Third-Party Plaintiffs, | |
| vs. | |
| SHEPHERD & SONS POUNTRY FARM, INC.; SHEPHERDS'S PROCESSED EGGS, INC., | |
| Third-Party Defendants. | |
| SHEPHERD & SONS POULTRY FARM, INC.; SHEPHERDS'S PROCESSED EGGS, INC., | |

1689534v.1

|   |
|---|
| Third-Party Plaintiffs,<br>vs.<br><br>SYSCO CORPORATION, SYSCO USA 1, INC. and JACOBS ENTERTAINMENT, INC.; MOES 1 through 10, inclusive; and ZOE ENTITIES 1 through 10, inclusive,<br><br>              Third-Party Defendants. |

      Rachel L. Wise, Esq., requests an Order from this court removing Jessica C. Collier, Esq. as counsel for Third-Party Defendant Fassio Egg Farms, Inc. from all service lists, including the Court's electronic notification list, in the above-captioned case under Local Rule IA 11-6.

      Ms. Collier is no longer employed with Wilson, Elser, Moskowitz, Edelman & Dicker LLP ("Wilson Elser"). Ms. Wise of Wilson Elser will continue to be counsel of record for Third-Party Defendant Fassio Egg Farms, Inc.

      DATED this 29th day of January, 2021.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

    */s/ Rachel L. Wise*
Rachel L. Wise, Esq.
Nevada Bar No. 12303
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Rachel.Wise@wilsonelser.com

IT IS SO ORDERED.

Dated: January 29, 2021

_____
UNITED STATES MAGISTRATE JUDGE

1689534v.1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 29th day of January, 2021, I served a true and correct copy of the foregoing document as follows:

- ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;
- ☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;
- ☐ via hand-delivery to the addressees listed below;
- ☐ via facsimile;
- ☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

Craig M. Murphy, Esq.
MURPHY & MURPHY LAW OFFICES
8414 W. Farm Road, Suite 180, Box 207
Las Vegas, NV 89131
Telephone: 702-369-9696
Facsimile: 702-369-9630
craig@mvpilaw.com

and

William D. Marler, Esq. *(Pro Hac Vice Pending)*
MARLER CLARK, LLP
1012 First Ave., 5thFloor
Seattle, WA 98104-1008
Tel.: 206-346-1888
Fax: 286-346-1898
bmarler@marlerclark.com
*Attorneys for Plaintiff*
*Harry Wiseman*

Justin H. Pfrehm, Esq.
THORNDAL ARMSTRONG DELK BALKENBUSH
& EISINGER
6590 S. McCarran, Suite B
Reno, NV 89509
Telephone: 775-786-2882
Facsimile: 775-786-8004
jhp@thorndal.com
*Attorneys for Defendant*
*Rocky Mountain Eggs, Inc.*

Lora A. Schneider, Esq.
P. K. SCHRIEFFER LLP
100 North Barranca Street, Suite 1100
West Covina, California 91791
Telephone: 626-373-2444
Facsimile: 626-974-8403
blv@pksllp.com

and

Ryan Dennett, Esq., NSB #5617
Dennett Winspear, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, NV 89129
Telephone.: 702-839-1100
Facsimile: 702-839-1113
rdennett@dennettwinspear.com
*Attorneys for Third-Party Defendants*
*Shepherd & Sons Poultry Farm, Inc., and*
*Shepherd's Processed Eggs, Inc.*

Gary Becker, Esq.
DINSMORE & STOHL ATTORNEYS
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: 513-977-8200
Facsimile: 513-977-8141
gary.becker@dinsmore.com
*Attorneys for SYSCO*

1689534v.1

| | |
|---|---|
| Christina Mundy-Mamer, Esq.<br>M. Caleb Meyer, Esq.<br>MESSNER REEVES LLP<br>8945 W. Russell Road, Suite 300<br>Las Vegas, NV 89148<br>Telephone: 702-363-5100<br>Facsimile: 702-353-5101<br>cmarmer@messner.com<br>cmeyer@messner.com<br>*Attorneys for Defendant*<br>*Sysco USA 1, Inc.* | Timothy Hunter, Esq.<br>RAY LEGO & ASSOCIATES<br>7450 Arroyo Crossing Pkwy., Suite 250<br>Las Vegas, NV 89113<br>Telephone: 702-279-4350<br>Facsimile: 702-270-4602<br>thunter@travelers.com<br>*Attorneys for Defendant*<br>*Jacobs Entertainment, Inc. and Gold Dust Elko* |

BY:   */s/ Agnes R. Wong*
         An Employee of
         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1689534v.1