Josh Fensterbush, Esq.
MARLER CLARK, LLP, PS
1012 1st Avenue, Fifth Floor
Seattle, WA 98104
Telephone: (206) 346-1888
jfensterbush@marlerclark.com

Craig M. Murphy, Esq.
Nevada Bar No. 4014
MURPHY & MURPHY LAW OFFICES
8414 W. Farm Road, Ste 180, Box 207
Las Vegas, Nevada 89131
Telephone: (702) 369-9696
craig@nvpilaw.com

*Attorneys for Plaintiff Harry Wiseman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HARRY WISEMAN,<br><br>            Plaintiff,<br><br>vs.<br><br>JACOBS ENTERTAINMENT, INC., a Delaware Corporation; ROCKY MOUNTAIN EGGS, INC., a California Corporation; SYSCO USA I, INC., a Delaware Corporation DOES 1 through 10, inclusive; and ROE ENTITIES 1 through 10, inclusive,<br><br>            Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.: 3:19-cv-00153-RCJ-CBC<br><br>**ORDER TO VOLUNTARILY DISMISS WITH PREJUDICE** |

WHEREAS Plaintiff Harry Wiseman and Defendants Jacobs Entertainment, Inc., Rocky Mountain Eggs, Inc., Sysco USA I, Inc., Shepherd & Sons Poultry Farm Inc.; Shepherd's Processed Eggs, Inc., and Fassio Egg Farms, Inc., seek to dismiss all pending claims,

IT IS HEREBY STIPULATED AND AGREED that this action, including all third-party

///

and cross claims, is dismissed WITH PREJUDICE, and with each party to bear its own attorney's fees and costs. Any and all hearing dates, status conferences, and trial settings shall be vacated.

IT IS SO ORDERED.

Dated: February 25, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

Murphy & Murphy Law Offices
8414 W. Farm Road, Ste 180, Box 207
Las Vegas, Nevada 89131
Telephone (702) 369-9696
Facsimile (702) 369-9630